## Hudock *v.* Mutual of Omaha Insurance Company, Appellant.

Argued December 10, 1970. *William J. Toy,* with him *Gibbons & Obert,* for appellant; *Philip F. Hudock,* for appellee.

Order affirmed.

## IDS Leasing Corporation *v.* Action Sales, Inc., Appellant.

Argued November 11, 1970. *Dale Cleland,* with him *Cleland, Hurtt and Witt,* for appellant; *Donald L. Phillips,* with him *Robert A. Galanter,* for appellee.

Order and judgment affirmed.

## Kramer et ux., Appellants, *v.* Home Insurance Company.

Argued December 9, 1970. *David C. Harrison,* with him *Kramer, Harrison & Bernstein,* for appellants; *Richard W. Hopkins,* with him *White and Williams,* for appellee.

Order affirmed.